UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 1:05-cv-00341

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>GAREY REDFERN,<br><br>        Defendant. | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion For Default Judgment.

Defendant having previously been found in default,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Default Judgment is **ALLOWED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that:

Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs'

1

copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Seventy Dollars. ($ 375.00).

Defendant further shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Take It to da House," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
- "Crybaby," on album "Rainbow," by artist "Mariah Carey" (SR# 276-595);
- "Sweet Lady," on album "Tyrese," by artist "Tyrese" (SR# 237-788);
- "On and On," on album "Baduizm," by artist "Erykah Badu" (SR# 233-364);
- "Troubles," on album "Songs in A Minor," by artist "Alicia Keys" (SR# 299-410);
- "Woof!," on album "Da Game Is To Be Sold, Not To Be Told," by artist "Snoop Dogg" (SR# 260-056);
- "Body Bumpin Yippie Yi-Yo," on album "All Work No Play," by artist "Public Announcement" (SR# 241-965);
- "Caught Out There," on album "Kaleidoscope," by artist "Kelis" (SR# 277-087);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful

license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

      Signed: August 8, 2006

Lacy H. Thornburg
United States District Judge